## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

In re: §
Kim Freeman, §
     Debtor. § Case No. -JHH
§
§ Chapter 13
§

## 11 U.S.C. § 521 INCOME AFFIDAVIT OF DEBTOR

This Affidavit of other evidence of payment is made pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure, which require "copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor;"

STATE OF ALABAMA §
TUSCALOOSA COUNTY §

     Before me, the undersigned authority in and for said County in said State, personally appeared Kim Freeman, who is known to me, and who, being first duly sworn, deposes and says as follows:

1.    My name is Kim Freeman. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2.    The payment advice and/or tax return(s) filed or submitted accurately indicate(s) and evidence(s) the income or payment that I have received for a period not less than sixty days immediately prior to the filing of my petition.

3.    Therefore, I have fulfilled my obligation to furnish my income information to the Court pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure.

I make this affidavit on personal knowledge. Further, affiant saith not.

_____
Affiant (Kim Freeman)

**SWORN AND SUBSCRIBED BEFORE ME** on this \_\_11th\_\_ day of
\_\_August_____, 20 \_22\_ at Tuscaloosa, Alabama, witness my hand and official seal of office.

BAYLEE FONDREN
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES OCT. 11, 2025

Notary Public
My Commission Expires: \_10/11/2025\_

Page 1 of 1

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**      Check number: 2397      Pay Period: 05/26/2022 - 06/01/2022      Pay Date: 06/03/2022

**Employee**      **SSN**

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32:00 | 11.50 | 368.00 | 9,205.75 |
| Holiday Rate | 8:00 | 11.50 | 92.00 | 184.00 |
| Vacation Hourly Rate | | | | 701.50 |
| | 40:00 | | 460.00 | 10,091.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -46.00 | -1,010.00 |
| Social Security Employee | | | -28.52 | -625.66 |
| Medicare Employee | | | -6.67 | -146.32 |
| AL - Withholding | | | -17.05 | -384.21 |
| | | | -98.24 | -2,166.19 |

| Net Pay | | | 361.76 | 7,925.06 |
|---|---|---|---|---|

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 19:00 |
| YTD | | 80:00 | |

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.      Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**  Check number: 2411      Pay Period: 06/02/2022 - 06/08/2022      Pay Date: 06/10/2022

**Employee**                                                    **SSN**

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 11.50 | 460.00 | 9,665.75 |
| Vacation Hourly Rate | | | | 701.50 |
| Holiday Rate | | | | 184.00 |
| | 40:00 | | 460.00 | 10,551.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -46.00 | -1,056.00 |
| Social Security Employee | | | -28.52 | -654.18 |
| Medicare Employee | | | -6.67 | -152.99 |
| AL - Withholding | | | -17.05 | -401.26 |
| | | | -98.24 | -2,264.43 |

| | | | | |
|---|---|---|---|---|
| **Net Pay** | | | **361.76** | **8,286.82** |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 19:00 |
| YTD | | 80:00 | |

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.

Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**  Check number: 2424  Pay Period: 06/09/2022 - 06/15/2022  Pay Date: 06/17/2022

**Employee**  **SSN**

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 24:00 | 11.50 | 276.00 | 9,941.75 |
| Vacation Hourly Rate | 16:00 | 11.50 | 184.00 | 885.50 |
| Holiday Rate | | | | 184.00 |
| | 40:00 | | 460.00 | 11,011.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -46.00 | -1,102.00 |
| Social Security Employee | -28.52 | -682.70 |
| Medicare Employee | -6.67 | -159.66 |
| AL - Withholding | -17.05 | -418.31 |
| | -98.24 | -2,362.67 |

| Net Pay | 361.76 | 8,648.58 |
|---|---|---|

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | 3:00 |
| YTD | | 80:00 | |

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.

Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

| **Employee Pay Stub** | Check number: 2436 | | | **Pay Period: 06/16/2022 - 06/22/2022** | **Pay Date: 06/24/2022** |
|---|---|---|---|---|---|

**Employee**                                                     SSN

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32:00 | 11.50 | 368.00 | 10,309.75 |
| Vacation Hourly Rate | 3:00 | 11.50 | 34.50 | 920.00 |
| Holiday Rate | | | | 184.00 |
| | 35:00 | | 402.50 | 11,413.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -39.00 | -1,141.00 |
| Social Security Employee | | | -24.95 | -707.65 |
| Medicare Employee | | | -5.84 | -165.50 |
| AL - Withholding | | | -14.52 | -432.83 |
| | | | -84.31 | -2,446.98 |

| Net Pay | | | 318.19 | 8,966.77 |
|---|---|---|---|---|

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.       Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**      Check number: 2455      Pay Period: 06/23/2022 - 06/29/2022      Pay Date: 06/30/2022

**Employee**      SSN

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 11.50 | 460.00 | 10,769.75 |
| Vacation Hourly Rate | | | | 920.00 |
| Holiday Rate | | | | 184.00 |
| | 40:00 | | 460.00 | 11,873.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -46.00 | -1,187.00 |
| Social Security Employee | | | -28.52 | -736.17 |
| Medicare Employee | | | -6.67 | -172.17 |
| AL - Withholding | | | -17.05 | -449.88 |
| | | | -98.24 | -2,545.22 |

| Net Pay | | | 361.76 | 9,328.53 |
|---|---|---|---|---|

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.      Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**        Check number: 2463                Pay Period: 06/30/2022 - 07/06/2022        Pay Date: 07/08/2022

**Employee**                                                          SSN

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 32:00 | 11.50 | 368.00 | 11,137.75 |
| Holiday Rate | 8:00 | 11.50 | 92.00 | 276.00 |
| Vacation Hourly Rate | | | | 920.00 |
| | 40:00 | | 460.00 | 12,333.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -46.00 | -1,233.00 |
| Social Security Employee | | | -28.52 | -764.69 |
| Medicare Employee | | | -6.67 | -178.84 |
| AL - Withholding | | | -17.05 | -466.93 |
| | | | -98.24 | -2,643.46 |

| Net Pay | | | 361.76 | 9,690.29 |
|---|---|---|---|---|

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.                Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407


Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**     Check number: 2478                    Pay Period: 07/07/2022 - 07/13/2022          Pay Date: 07/15/2022

| Employee | | | | | SSN |
|---|---|---|---|---|---|

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 38:00 | 11.50 | 437.00 | 11,574.75 |
| Vacation Hourly Rate | | | | 920.00 |
| Holiday Rate | | | | 276.00 |
| | 38:00 | | 437.00 | 12,770.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -43.00 | -1,276.00 |
| Social Security Employee | | | -27.10 | -791.79 |
| Medicare Employee | | | -6.34 | -185.18 |
| AL - Withholding | | | -16.05 | -482.98 |
| | | | -92.49 | -2,735.95 |

| Net Pay | | | 344.51 | 10,034.80 |
|---|---|---|---|---|

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.          Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407

Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

| Employee Pay Stub | | Check number: 2494 | | | Pay Period: 07/14/2022 - 07/20/2022 | | Pay Date: 07/22/2022 |

**Employee**   SSN

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 30:00 | 11.50 | 345.00 | 11,919.75 |
| Vacation Hourly Rate | | | | 920.00 |
| Holiday Rate | | | | 276.00 |
| | 30:00 | | 345.00 | 13,115.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -32.00 | -1,308.00 |
| Social Security Employee | | | -21.39 | -813.18 |
| Medicare Employee | | | -5.00 | -190.18 |
| AL - Withholding | | | -12.00 | -494.98 |
| | | | -70.39 | -2,806.34 |

| Net Pay | | | 274.61 | 10,309.41 |

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.          Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407


Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**        Check number: 2507        Pay Period: 07/21/2022 - 07/27/2022        Pay Date: 07/29/2022

**Employee**        **SSN**

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 11.50 | 460.00 | 12,379.75 |
| Vacation Hourly Rate | | | | 920.00 |
| Holiday Rate | | | | 276.00 |
| | 40:00 | | 460.00 | 13,575.75 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -46.00 | -1,354.00 |
| Social Security Employee | | | -28.52 | -841.70 |
| Medicare Employee | | | -6.67 | -196.85 |
| AL - Withholding | | | -17.05 | -512.03 |
| | | | -98.24 | -2,904.58 |

| Net Pay | | | 361.76 | 10,671.17 |
|---|---|---|---|---|

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al 35407, SPANKY'S DRAIN AND SEWER SERVICE INC.        Powered by **Intuit Payroll**

Spanky's Drain & Sewer Service, Inc.
P.O. Box 71475
Tuscaloosa, Al 35407


Kim Freeman
3440 Bearmont Lane
Duncanville, AL 35456

---

**Employee Pay Stub**       Check number: 2524          Pay Period: 07/28/2022 - 08/03/2022        Pay Date: 08/05/2022

| Employee | | SSN |
|---|---|---|

Kim Freeman, 3440 Bearmont Lane, Duncanville, AL 35456

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Vacation | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | 40:00 | 11.50 | 460.00 | 12,839.75 | | Current | 0:00 | | 0:00 |
| Vacation Hourly Rate | | | | 920.00 | | YTD | | 80:00 | |
| Holiday Rate | | | | 276.00 | | | | | |
| | 40:00 | | 460.00 | 14,035.75 | | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -46.00 | -1,400.00 |
| Social Security Employee | -28.52 | -870.22 |
| Medicare Employee | -6.67 | -203.52 |
| AL - Withholding | -17.05 | -529.08 |
| | -98.24 | -3,002.82 |

| Net Pay | 361.76 | 11,032.93 |
|---|---|---|

---

Spanky's Drain & Sewer Service, Inc., P.O. Box 71475, Tuscaloosa, Al  35407, SPANKY'S DRAIN AND SEWER SERVICE INC.          Powered by **Intuit Payroll**

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M**
**FREEMAN**

521 85TH STREET E

TUSCALOOSA. AL
35405

US

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Earnings Totals | | | | Current | YTD |
| Gross Pay | | | | $276.13 | $5,992.51 |
| Net Pay | | | | $242.28 | $5,218.27 |
| Deduction Totals | | | | Current | YTD |
| Taxes | | | | $33.85 | $774.24 |
| Other Deductions | | | | | $0.00 |
| Earnings Detail | Rate | Hours | | Current | YTD |
| REGULAR | $11.75 | 23.50 | | $276.13 | $5,951.38 |
| HOLIDAY | | | | $0.00 | $41.13 |
| Deductions Detail | | | | Current | YTD |
| FICA EE | | | | $17.12 | $371.54 |
| MEDICARE | | | | $4.00 | $86.89 |
| FED W/H | | | | $2.71 | $89.39 |
| AL W/H | | | | $10.02 | $226.42 |

| Pay Date | 06/03/2022 |
|---|---|
| Advice # | 74807014 |
| Pay Period Start | 05/21/2022 |
| Pay Period End | 05/27/2022 |
| Department | |
| SSN | |

Other Information
Employee ID
Basis of Pay: Hourly                                Non-exempt
Fed Mult Jobs                                        FALSE

| | Current |
|---|---|
| Distributions | |
| CHECKING | $242.28 |

Messages
CALL 1-888-237-4114 TO REPORT WORK OFF THE CLOCK

## Exemptions

| State | 0 |
|---|---|
| Local | 0 |

## Employment Information

| Pay Rate | $11.75 |
|---|---|
| Job Code | |
| Job Shift | 1 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M
FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL
35405

US

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Earnings Totals | | | | Current | YTD |
| Gross Pay | | | | $261.44 | $6,253.95 |
| Net Pay | | | | $230.85 | $5,449.12 |
| Deduction Totals | | | | Current | YTD |
| Taxes | | | | $30.59 | $804.83 |
| Other Deductions | | | | | $0.00 |
| Earnings Detail | Rate | Hours | | Current | YTD |
| REGULAR | $11.75 | 22.25 | | $261.44 | $6,212.82 |
| HOLIDAY | | | | $0.00 | $41.13 |
| Deductions Detail | | | | Current | YTD |
| FICA EE | | | | $16.20 | $387.74 |
| MEDICARE | | | | $3.79 | $90.68 |
| FED W/H | | | | $1.24 | $90.63 |
| AL W/H | | | | $9.36 | $235.78 |

| Pay Date | 06/10/2022 |
|---|---|
| Advice # | 74962153 |
| Pay Period Start | 05/28/2022 |
| Pay Period End | 06/03/2022 |
| Department | |
| SSN | |

Other Information
Employee ID
Basis of Pay: Hourly — Non-exempt
Fed Mult Jobs — FALSE

Distributions — Current
CHECKING — $230.85

Messages
ADDRESS CHANGES? YOU CAN UPDATE ON DGme

## Exemptions

| State | 0 |
|---|---|
| Local | 0 |

## Employment Information

| Pay Rate | $11.75 |
|---|---|
| Job Code | |
| Job Shift | 1 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M
FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL
35405

US

| Pay Date | 06/17/2022 |
|---|---|
| Advice # | 75132441 |
| Pay Period Start | 06/04/2022 |
| Pay Period End | 06/10/2022 |
| Department | |
| SSN | |

## Exemptions

| State | 0 |
|---|---|
| Local | 0 |

## Employment Information

| Pay Rate | $11.75 |
|---|---|
| Job Code | |
| Job Shift | 1 |

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $264.38 | $6,518.33 |
| Net Pay | | | $233.12 | $5,682.24 |

| Deduction Totals | | | Current | YTD |
|---|---|---|---|---|
| Taxes | | | $31.26 | $836.09 |
| Other Deductions | | | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $11.75 | 22.50 | $264.38 | $6,477.20 |
| HOLIDAY | | | $0.00 | $41.13 |

| Deductions Detail | | | Current | YTD |
|---|---|---|---|---|
| FICA EE | | | $16.40 | $404.14 |
| MEDICARE | | | $3.84 | $94.52 |
| FED W/H | | | $1.53 | $92.16 |
| AL W/H | | | $9.49 | $245.27 |

| Other Information | | |
|---|---|---|
| Employee ID | | |
| Basis of Pay: Hourly | | Non-exempt |
| Fed Mult Jobs | | FALSE |

| Distributions | | Current |
|---|---|---|
| CHECKING | | $233.12 |

Messages
CALL 1-888-237-4114 TO REPORT HARASSMENT

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M
FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL
35405

US

| Pay Date | 07/01/2022 |
|---|---|
| Advice # | 75445566 |
| Pay Period Start | 06/18/2022 |
| Pay Period End | 06/24/2022 |
| Department | |
| SSN | |

## Exemptions

| State | 0 |
|---|---|
| Local | 0 |

## Employment Information

| Pay Rate | $11.75 |
|---|---|
| Job Code | |
| Job Shift | 1 |

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $91.06 | $6,609.39 |
| Net Pay | | | $82.96 | $5,765.20 |

| Deduction Totals | | | Current | YTD |
|---|---|---|---|---|
| Taxes | | | $8.10 | $844.19 |
| Other Deductions | | | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $11.75 | 7.75 | $91.06 | $6,568.26 |
| HOLIDAY | | | $0.00 | $41.13 |

| Deductions Detail | | | Current | YTD |
|---|---|---|---|---|
| FICA EE | | | $5.64 | $409.78 |
| MEDICARE | | | $1.32 | $95.84 |
| FED W/H | | | | $92.16 |
| AL W/H | | | $1.14 | $246.41 |

| Other Information | | | | |
|---|---|---|---|---|
| Employee ID | | | | |
| Basis of Pay: Hourly | | | | Non-exempt |
| Fed Mult Jobs | | | | FALSE |

| Distributions | | | Current | |
|---|---|---|---|---|
| CHECKING | | | $82.96 | |

Messages
W2 QUESTIONS - CALL 1-877-218-0931 - OPT 4

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M
FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL
35405

US

| | | | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|---|
| Earnings Totals | | | | | | Current | YTD |
| Gross Pay | | | | | | $111.63 | $6,721.02 |
| Net Pay | | | | | | $101.13 | $5,866.33 |
| Deduction Totals | | | | | | Current | YTD |
| Taxes | | | | | | $10.50 | $854.69 |
| Other Deductions | | | | | | | $0.00 |
| Earnings Detail | | | | Rate | Hours | Current | YTD |
| REGULAR | | | | $11.75 | 9.50 | $111.63 | $6,679.89 |
| HOLIDAY | | | | | | $0.00 | $41.13 |
| Deductions Detail | | | | | | Current | YTD |
| FICA EE | | | | | | $6.92 | $416.70 |
| MEDICARE | | | | | | $1.61 | $97.45 |
| FED W/H | | | | | | | $92.16 |
| AL W/H | | | | | | $1.97 | $248.38 |

Pay Date     07/08/2022

Advice #     75607337

Pay Period
Start          06/25/2022

Pay Period
End            07/01/2022

Department

SSN

Other Information
Employee ID
Basis of Pay: Hourly                                   Non-exempt
Fed Mult Jobs                                          FALSE

Distributions                                          Current
CHECKING                                               $101.13

Messages
CALL 1-888-237-4114 TO REPORT HARASSMENT

## Exemptions

State          0

Local          0

## Employment Information

Pay Rate       $11.75

Job Code

Job Shift              1

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M
FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL
35405

US

| | | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|
| Earnings Totals | | | | | Current | YTD |
| Gross Pay | | | | | $323.13 | $7,044.15 |
| Net Pay | | | | | $278.86 | $6,145.19 |
| Deduction Totals | | | | | Current | YTD |
| Taxes | | | | | $44.27 | $898.96 |
| Other Deductions | | | | | | $0.00 |
| Earnings Detail | | | Rate | Hours | Current | YTD |
| REGULAR | | | $11.75 | 27.50 | $323.13 | $7,003.02 |
| HOLIDAY | | | | | $0.00 | $41.13 |
| Deductions Detail | | | | | Current | YTD |
| FICA EE | | | | | $20.04 | $436.74 |
| MEDICARE | | | | | $4.69 | $102.14 |
| FED W/H | | | | | $7.41 | $99.57 |
| AL W/H | | | | | $12.13 | $260.51 |

| Pay Date | 07/15/2022 |
|---|---|
| Advice # | 75765948 |
| Pay Period Start | 07/02/2022 |
| Pay Period End | 07/08/2022 |
| Department | |
| SSN | |

Other Information
Employee ID
Basis of Pay: Hourly                         Non-exempt
Fed Mult Jobs                                  FALSE

## Exemptions

| State | 0 |
|---|---|
| Local | 0 |

Distributions                              Current
CHECKING                                   $278.86

Messages
EMPLOYEE ASSISTANCE application on DGme-Assistance

## Employment Information

| Pay Rate | $11.75 |
|---|---|
| Job Code | |
| Job Shift | 1 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**KIMBERLY M FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL 35405

US

| | | | | | |
|---|---|---|---|---|---|
| Pay Date | 07/22/2022 | | | | |
| Advice # | 75928171 | | | | |
| Pay Period Start | 07/09/2022 | | | | |
| Pay Period End | 07/15/2022 | | | | |
| Department | | | | | |
| SSN | | | | | |

| Earnings Totals | | | | Current | YTD |
|---|---|---|---|---|---|
| Gross Pay | | | | $179.19 | $7,223.34 |
| Net Pay | | | | $160.17 | $6,305.36 |

| Deduction Totals | | | | Current | YTD |
|---|---|---|---|---|---|
| Taxes | | | | $19.02 | $917.98 |
| Other Deductions | | | | | $0.00 |

| Earnings Detail | Rate | Hours | | Current | YTD |
|---|---|---|---|---|---|
| REGULAR | $11.75 | 15.25 | | $179.19 | $7,182.21 |
| HOLIDAY | | | | $0.00 | $41.13 |

| Deductions Detail | | | | Current | YTD |
|---|---|---|---|---|---|
| FICA EE | | | | $11.11 | $447.85 |
| MEDICARE | | | | $2.60 | $104.74 |
| FED W/H | | | | | $99.57 |
| AL W/H | | | | $5.31 | $265.82 |

| Other Information | | | |
|---|---|---|---|
| Employee ID | | | |
| Basis of Pay: Hourly | | | Non-exempt |
| Fed Mult Jobs | | | FALSE |

| Distributions | | | Current |
|---|---|---|---|
| CHECKING | | | $160.17 |

Messages
REPORT EMPLOYEE DISHONESTY - STARS 1-800-334-9338

## Exemptions

| State | 0 |
|---|---|
| Local | 0 |

## Employment Information

| Pay Rate | $11.75 |
|---|---|
| Job Code | |
| Job Shift | 1 |

**KIMBERLY M FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL 35405

US

| | |
|---|---|
| Pay Date | 07/29/2022 |
| Advice # | 76088251 |
| Pay Period Start | 07/16/2022 |
| Pay Period End | 07/22/2022 |
| Department | |
| SSN | |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| Earnings Totals | | | Current | YTD |
|---|---|---|---|---|
| Gross Pay | | | $202.69 | $7,426.03 |
| Net Pay | | | $180.71 | $6,486.07 |

| Deduction Totals | | | Current | YTD |
|---|---|---|---|---|
| Taxes | | | $21.98 | $939.96 |
| Other Deductions | | | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $11.75 | 17.25 | $202.69 | $7,384.90 |
| HOLIDAY | | | $0.00 | $41.13 |

| Deductions Detail | | | Current | YTD |
|---|---|---|---|---|
| FICA EE | | | $12.56 | $460.41 |
| MEDICARE | | | $2.94 | $107.68 |
| FED W/H | | | | $99.57 |
| AL W/H | | | $6.48 | $272.30 |

**Other Information**
| | |
|---|---|
| Employee ID | |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |

| Distributions | Current |
|---|---|
| CHECKING | $180.71 |

**Messages**
30% off DG Digital Employee Coupon - Available Aug

## Exemptions

| | |
|---|---|
| State | 0 |
| Local | 0 |

## Employment Information

| | |
|---|---|
| Pay Rate | $11.75 |
| Job Code | |
| Job Shift | 1 |

**KIMBERLY M FREEMAN**

521 85TH STREET E

TUSCALOOSA, AL 35405

US

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| Pay Date | 08/05/2022 |
| Advice # | 76251472 |
| Pay Period Start | 07/23/2022 |
| Pay Period End | 07/29/2022 |
| Department | |
| SSN | |

| Earnings Totals | Current | YTD |
| --- | --- | --- |
| Gross Pay | $211.50 | $7,637.53 |
| Net Pay | $188.40 | $6,674.47 |

| Deduction Totals | Current | YTD |
| --- | --- | --- |
| Taxes | $23.10 | $963.06 |
| Other Deductions | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
| --- | --- | --- | --- | --- |
| REGULAR | $11.75 | 18.00 | $211.50 | $7,596.40 |
| HOLIDAY | | | $0.00 | $41.13 |

| Deductions Detail | Current | YTD |
| --- | --- | --- |
| FICA EE | $13.12 | $473.53 |
| MEDICARE | $3.06 | $110.74 |
| FED W/H | | $99.57 |
| AL W/H | $6.92 | $279.22 |

**Exemptions**

| State | 0 |
| Local | 0 |

| Other Information | |
| --- | --- |
| Employee ID | |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |

**Employment Information**

| Pay Rate | $11.75 |
| Job Code | |
| Job Shift | 1 |

| Distributions | Current |
| --- | --- |
| CHECKING | $188.40 |

Messages
30% off DG Digital Employee Coupon - Available Aug