

**Amazon.com**
**Payroll Department**
**P.O. Box 80726**
**Seattle, WA 98108.**

**August 29, 2022**

**BANKRUPTCY CLEARK OFFICE,**
**2005 UNIBERSITY BLVD ROOM 2300,**
**TUSCALOOSA, AL 35401**

Re: KIM FREEMAN
Case No/Reference # 22-70874-JHH13
SSN: xxx-xx-9170

To whom it may concern:

The individual you have requested information for is not employed by Amazon.com. KIM FREEMAN may have been or may currently be employed by a Temporary Staffing Agency at one of our Fulfillment Centers.

Thank you,
Payroll Garnishment Analyst
Phone: 206.740.0507
Fax: 206.266.2503
Email: payroll-garnishment@amazon.com
TT Reference: V690323642

AMAZON.COM
PO BOX 80726, SEATTLE, WA 98108.