

Amazon.com  
Payroll Department  
P.O. Box 80726  
Seattle, WA 98108.

November 08, 2023

BANKRUPTCY CLEARK OFFICE,  
2005 UNIBERSITY BLVD ROOM 2300,  
TUSCALOOSA, AL 35401

Re: kim freeman  
Case No/Reference # 22-70874-JHH7  
SSN: xxx-xx-9170

To whom it may concern:

The individual kim freeman you have requested information, has no record of employment with Amazon.com.

Thank you,  
Payroll Garnishment Analyst  
Phone: 206.740.0507  
Fax: 206.266.2503  
Email: payroll-garnishment@amazon.com  
TT Reference: V1095002914

AMAZON.COM  
PO BOX 80726, SEATTLE, WA 98108.